QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LARDI PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05CR00052 AWI |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | |
| JOSE LARDI PEREZ, | Date: May 2, 2005<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-entitled matter now set for April 21, 2005, may be continued to May 2, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation on defendant's behalf .

///

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests
2   of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3   justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4   and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 19, 2005          By:   /s/ Francine Zepeda with consent of
                                     _____
                                     MARIANNE A. PANSA
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


QUIN DENVIR
Federal Public Defender


DATED: April 19, 2005          By:   /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     JOSE LARDI PEREZ


**O R D E R**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 20, 2005**          /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing and [Proposed] Order Thereon          2